# Order

Michigan Supreme Court
Lansing, Michigan

February 6, 2015

147636 & (64)

In re K. FARRIS, Minor.

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

SC: 147636
COA: 311967
Antrim CC Family Division:
10-005512-NA

_____/

On order of the Court, the joint motion of the parties requesting this Court to vacate the order terminating the respondent's parental rights is DENIED. By order of September 19, 2014, we granted leave to appeal the August 8, 2013 judgment of the Court of Appeals. We VACATE that part of our September 19, 2014 order granting leave to appeal. The application for leave to appeal the August 8, 2013 judgment is again considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Antrim Circuit Court, Family Division, for reconsideration in light of *In re Sanders*, 495 Mich 394 (2014).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 6, 2015



Clerk

p0203